NO. CAAP-12-0000557

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ARYN NAKAOKA, individually, and on behalf of all other
similarly situated, Plaintiff-Appellee/Cross-Appellant,
v.
HILTON HAWAIIAN VILLAGE, LLC dba HILTON HAWAIIAN VILLAGE BEACH
RESORT AND SPA, Defendant-Appellant/Cross-Appellee,
and
DOE DEFENDANT 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-2512)

ORDER APPROVING STIPULATION FOR DISMISSAL
OF APPEAL AND PLAINTIFFS' CROSS-APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the Stipulation for Dismissal of Appeal
and Plaintiffs' Cross-Appeal filed on November 16, 2015 by the
parties hereto, pursuant to Hawaiʻi Rules of Appellate Procedure
Rule 42(b) and in consideration of the record and files in this
case, it is hereby ordered that the Stipulation for Dismissal is

approved and the appeal and cross-appeal are dismissed, each party to bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai‘i, November 18, 2015.

Presiding Judge

Associate Judge

Associate Judge